IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT C. TAYLOR**                                                                  **PLAINTIFF**

v.                                        No. 4:11-cv-888 DPM

THOMAS MCBROOME, Parole Officer;
ASHLEY VAILES, Parole Hearing Examiner;
JOHN FELTS, Arkansas Parole Board Chairman;
and RAY HOBBS, Director,
Arkansas Department of Correction                                      **DEFENDANTS**

## JUDGMENT

Taylor's complaint is dismissed with prejudice. This dismissal constitutes a strike, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. §§ 1915(a)(3) & (g).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2012